IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DUSTIN PHILLIP ERON,

    Plaintiff,

v.

DR. BRET REYNOLDS,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-698-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dr. Bret Reynolds dismissing this case with prejudice.

_____     10/11/11
Peter Oppeneer, Clerk of Court         Date